PER CURIAM.
Affirmed. Moore v. Morris, 475 So.2d 666 (Fla.1985); Cappello v. Flea Market U.S.A., Inc., 625 So.2d 474 (Fla. 3d DCA 1993); Berger v. Lewison, 521 So.2d 311 (Fla. 3d DCA 1988); McCarty v. Dade Div. of American Hosp. Supply, 360 So.2d 436, 438 (Fla. 3d DCA 1978); Inman v. Club on Sailboat Key, Inc., 342 So.2d 1069 (Fla. 3d DCA 1977); Reflex, N.V. v. Umet Trust, 336 So.2d 473 (Fla. 3d DCA 1976); Ham v. Heintzelman’s Ford, 256 So.2d 264 (Fla. 4th DCA 1971); Evans v. Borkowski, 139 So.2d 472 (Fla. 1st DCA), cert. denied, 146 So.2d 378 (Fla.1962).